IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 04-0155
 ((((((((((((((((

 Gte Mobilnet Of South Texas Limited Partnership D/B/A Verizon Wireless,

 v.

 CELLULAR MAX, INCORPORATED

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The motion to stay proceedings, being treated as a motion to
abate, filed on July 13, 2004, is granted, and this case is ABATED to allow
the parties to proceed with settlement negotiations.
 2. This case is removed from the Court's active docket until
August 31, 2004, by which time the parties must file either a status report
or a motion to dismiss. The parties shall immediately notify this Court
about any changes in status in the settlement proceedings.

 Done at the City of Austin, this 19 day of July, 2004.

 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Nancy J. Vega, Chief Deputy Clerk